No. 94–7266. LAFLAMME *v.* WHITE, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–7267. MOORE *v.* INDIANA. Ct. App. Ind. Certiorari denied.

No. 94–7268. PEREA *v.* SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 94–7269. PAITSEL *v.* HARGETT, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY. C. A. 5th Cir. Certiorari denied.

No. 94–7270. DAMASCUS *v.* CALIFORNIA BOARD OF DENTAL EXAMINERS. Ct. App. Cal., 6th App. Dist. Certiorari denied.

No. 94–7271. CROOKS *v.* EVATT, COMMISSIONER, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7272. DAVIS *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 94–7273. NJOKU *v.* SCHMIDT. C. A. 2d Cir. Certiorari denied.

No. 94–7274. LAKE *v.* COUNTY OF CATTARAUGUS DISTRICT ATTORNEY'S OFFICE ET AL. C. A. 2d Cir. Certiorari denied.

No. 94–7275. MANN *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 94–7279. OLSON *v.* COLE, ATTORNEY GENERAL OF ALASKA. C. A. 9th Cir. Certiorari denied.

No. 94–7280. HARRIS *v.* SCHAEFER, GOVERNOR OF MARYLAND, ET AL. C. A. 4th Cir. Certiorari denied.

No. 94–7283. ROSS *v.* CONNECTICUT. Sup. Ct. Conn. Certiorari denied.

No. 94–7285. MORTON *v.* SCOTT, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.